## ANTONIO LINVAL-CASSIUS *v.* COMMISSIONER OF CORRECTION
## (AC 21739)

Lavery, C. J., and Bishop and Hennessy, Js.

Argued January 8—officially released February 12, 2002

Per Curiam. We affirm the judgment on the basis of General Statutes § 18-98d, *Rivera* v. *Commissioner of Correction*, 254 Conn. 214, 756 A.2d 1264 (2000), and *Payton* v. *Albert*, 209 Conn. 23, 547 A.2d 1 (1988).

The judgment is affirmed.

## JANE DOE ONE ET AL. *v.* SHANNON OLIVER ET AL.
## (AC 21269)

Mihalakos, Bishop and Dupont, Js.

Argued January 14—officially released February 12, 2002

Per Curiam. The judgment is affirmed.

## DOUGLAS BETHEA *v.* COMMISSIONER OF CORRECTION
## (AC 21891)

Schaller, Flynn and Hennessy, Js.

Submitted on briefs January 11—officially released February 12, 2002

Per Curiam. The appeal is dismissed.